AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of | Case No. 25-5492MB |
| An iPhone 16 Pro Max (IMEI: 354276359253000) (hereafter the "SUBJECT CELLULAR TELEPHONE") | |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before 12 1 25 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Nov. 17 2025  *[signature]*
                          6:29 pm    *Judge's signature*

City and state: Phoenix, Arizona _____    HON. DEBORAH M. FINE, U.S. Magistrate Judge
                                           *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is a iPhone 16 Pro Max (IMEI: 354276359253000) (hereafter the "SUBJECT CELLULAR TELEPHONE") and any imaged data set currently located at 250 E Chicago St Chandler AZ.  This warrant authorizes the forensic examination of the SUBJECT CELLULAR TELEPHONE, and any imaged date set for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

*Property to be seized*

1.      Any records and information found within the digital contents of the SUBJECT CELLULAR TELEPHONE that relate to violations of 18 U.S.C 2250 and 18 U.S.C 1591, including:

  a.  Evidence concerning the identity, residence, or location of the owners or user of the Subject Device, including any Global Position Satellite (GPS) entries, Internet Protocol connections, and location entries to include to include Cell Tower and Wi-Fi entries

  b.  Evidence concerning the identity or location of and communication with co-conspirators and/or sex trafficking customers, including but not limited to social media postings, photographs, and private messages related to the Subject Offenses.

  c.  The phone numbers associated with the Subject Device, log information of phone numbers or email addresses of incoming and outgoing calls, messages, and/or other communications with co-conspirators in the Subject Offenses and/ or sex trafficking customers.

  d.  Other caller- identification information, including names, phone number, and addresses of co-conspirators in the Subject Offenses and/or sex trafficking customers;

  e.  Any and all SMS (simple message service) messages, data messages, text messages, MMS (Multimedia Messaging Service), and any other messages, and any attachments to those messages, such as digital photographs and videos, and any associated information, such as the phone number from

which the text message was sent stored on the Subject Device relating to the Subject Offenses;

f.  All files containing text, photos, or videos stored on the Subject Devices relating to the Subject Offenses

g.  Calendar, note, password, dictionary, or other scheduling information related to the Subject Offenses;

h.  Any internet or browser entries or history relating to the Subject Offenses;

i.  Contact information of co-conspirators and/or prostitution customers, including telephone numbers, email addresses, and identifiers for instant messaging and social media account; and

j.  Any memory cards associated with the Subject Devices, which may contain any and all of the above-referenced forms of evidence of the Subject Offenses.

2.      Any records and information found within the digital contents of the SUBJECT CELLULAR TELEPHONE showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, correspondence, photographs, and browsing history;

As used above, the terms "records" and "information" includes records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications;

2

reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the cellular telephone.

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>25-5492MB | Date and time warrant executed:<br>11/28/2025 11:52 am | Copy of warrant and inventory left with:<br>Provided to Attorney |

Inventory made in the presence of :
  Jaclyn Williams

Inventory of the property taken and name of any person(s) seized:

  iPhone 16 Pro Max (IMEI:354276359253000)

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:        12/01/2025

BRANDON
FARALDO

Digitally signed by BRANDON
FARALDO
Date: 2025.12.01 11:57:39 -07'00'

*Executing officer's signature*

Brandon Faraldo Deputy U.S. Marshal

*Printed name and title*